FILED

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

97 JUN 17 PM 3:49

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| GERALD PAUL ESPOSITO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | CIVIL ACTION NO. 96-B-3196-S |
| | ) | |
| SHERIFF MELVIN BAILEY, | ) | |
| CAPTAIN J. C. McCRELESS, | ) | |
| CLINIC DIRECTOR WHITEHEAD, | ) | |
| NURSES OSBORNE, KING, | ) | |
| WASHINGTON, HARRIS, LEDLOW, | ) | |
| JOHNSON, and | ) | |
| DR. ADAM ROBERTSON, | ) | |
| | ) | |
| Defendants. | ) | |

ENTERED

JUN 17 1997

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, the defendants' motion for summary judgment is due to be granted and this complaint is due to be dismissed. An appropriate order will be entered.

DONE, this 17th day of June, 1997.

Sharon Lovelace Blackburn
SHARON LOVELACE BLACKBURN,
UNITED STATES DISTRICT JUDGE

